AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 3:21-MJ-00091-CLB-2 |
| | ) | |
| ELIZABETH IRENE MARTINEZ-AGBALOG | ) | Charging District: District of Oregon |
| *Defendant* | ) | Charging District's Case No. 1:21-MJ-00166-CL |

```
_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
            COUNSEL/PARTIES OF RECORD

            SEP - 3 2021

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY: _____ DEPUTY
```

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: James A. Redden U.S. Courthouse 310 West Sixth Street, Medford OR 97501 before Magistrate Judge Mark Clarke via video | Courtroom No.: |
|---|---|
| | Date and Time: 9/20/2021 3:00 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:  _____09/03/2021_____

_____
*Judge's signature*

Carla Baldwin, Magistrate Judge
*Printed name and title*